K. WILLIAM CURTIS
Chief Counsel, Bar No. 095753
WARREN C. STRACENER
Deputy Chief Counsel, Bar No. 127921
JENNIFER M. GARTEN
Legal Counsel, Bar No. 232979
Department of Personnel Administration
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA  95814-7243
Telephone:  (916) 324-0512
Facsimile:  (916) 323-4723

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA UNION OF SAFETY EMPLOYEES, JOSE M. PHILLIPS, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. CIV-S 90-0167 LKK-GGH<br><br>STIPULATION AND ORDER FOR CONTINUANCE<br><br>(Local Rules 78-230, 6-1444, & 83-143)<br><br>Date:    September 26, 2005<br>Time:   10:00 a.m.<br>Judge:  Lawrence K. Karlton<br>Dept:   4 |

       Pursuant to Local Rules 78-230, 6-144 and 83-143, the parties stipulate that the Court should issue an order continuing the hearing on the motion for cy pres distribution of unclaimed funds from September 26, 2005 to October 24, 2005.  A continuance is necessary because of conflicting commitments of counsel.  Neither party has requested nor been granted any other continuances in this proceeding.

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation for Continuance

Opposition papers will be due to be filed not less than twenty-one (21) days preceding the continued hearing date, as agreed to by the parties.  Reply papers will be due to filed not less than five (5) court days preceding the continued hearing date, in accordance with Local Rule 78-230.

Dated:  September 7, 2005

    /s/ Jennifer M. Garten
JENNIFER M. GARTEN
Legal Counsel
Attorneys for Defendants

    /s/ Garry M. Messing (as authorized on 9/7/05)
GARY M. MESSING
Carroll, Burdick & McDonough, LLP
Attorneys for Plaintiffs and Consenters

IT IS ORDERED that the hearing on the motion to disburse is CONTINUED to October 11, 2005 at 10:00 a.m.  Oppositions and replies are to be filed in accordance with Local Rule 78-230.

Dated: September 8, 2005

/s/Lawrence K. Karlton
Honorable Lawrence K. Karlton
U.S. District Judge

-2-

Stipulation for Continuance